[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 22-12925

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

ANTHONY J. KLATCH, II,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:17-cr-00135-JDW-JSS-1

————————————————

2                     Opinion of the Court                  22-12925

Before NEWSOM, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

Vanessa L. King, appointed counsel for Anthony J. Klatch, II, has moved to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order denying Klatch's correspondence construed as a motion to compel the filing of a Rule 35 motion based on substantial assistance is **AFFIRMED**.